FRANCES E. MOORE, Respondent, *v.* THE BOARD OF EDUCATION
OF THE CITY OF NEW YORK, Appellant.

*Moore* v. *Board of Education,* 121 App. Div. 862, affirmed.
(Argued May 13, 1909; decided June 18, 1909.)

APPEAL, by permission, from a judgment of the Appellate
Division of the Supreme Court in the first judicial depart-
ment, entered November 22, 1907, which affirmed a judgment
of the Appellate Term affirming a judgment of the Municipal
Court of the city of New York in favor of plaintiff in an
action to recover for services as school teacher in a public
school of the city of New York.

*Francis K. Pendleton, Corporation Counsel (Theodore
Connoly* and *Charles McIntyre* of counsel), for appellant.

*John E. O'Brien* for respondent.

Judgment affirmed, with costs, on opinion of SCOTT, J., in
Appellate Division.

Concur: EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD
BARTLETT, HISCOCK and CHASE, JJ.   Absent: CULLEN, Ch. J.